HENRY GROTE *v.* MRS. CHARLES STANLEY
ROGERS.

HELEN RIDDLE *v.* SAME.

J. FRANK RIDDLE *v.* SAME.

[Nos. 29, 30, 31, January Term, 1930.]

*Decided March 13th, 1930.*

The causes were argued, together with that next preceding, before BOND, C. J., URNER, ADKINS, OFFUTT, DIGGES, and PARKE, JJ.

*Palmer R. Nickerson* and *George Ross Veazey,* with whom was *Edwin W. Wells* on the brief, for the appellants.

*Fendall Marbury,* for the appellee.

A *per curiam* opinion was delivered as follows:

For the reasons stated in the opinion filed in the case of *Sophie Grote v. Mrs. Charles Stanley Rogers,* being No. 28 on the docket of the present term, the similar orders in the cases of Henry Grote, Helen Riddle and J. Frank Riddle, against the same appellee, being Nos. 29, 30 and 31, on the docket of the present term, and involving the same question. are hereby affirmed with costs.